# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARGARET GERVACIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>　　　　Defendant. | 1:21-cv-00414-NONE-GSA<br><br>STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision on Plaintiff's disabled widow's insurance benefits and supplemental security income. The Disability Insurance Benefits claim will not be re-evaluated on remand. The Appeals Council will instruct the ALJ to re-evaluate Plaintiff's residual functional capacity, re-evaluate Plaintiff's subjective complaints, obtain supplemental vocational expert testimony as necessary, offer Plaintiff the opportunity for a hearing, and take any further action needed to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated:  December 1, 2021	Respectfully submitted,

                                             Law Offices of Francesco Benavides

                                             */s/ Francesco Paulo Benavides\**  
                                             *As authorized *via* email on December 1, 2021  
                                             Francesco Paulo Benavides  
                                             Attorney for Plaintiff

Dated:  December 1, 2021	PHILLIP A. TALBERT  
                                             Acting United States Attorney  
                                             DEBORAH LEE STACHEL  
                                             Regional Chief Counsel, Region IX  
                                             Social Security Administration

                                  By:	*/s/ Chantal R. Jenkins*  
                                             CHANTAL R. JENKINS  
                                             Special Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, this action is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **December 1, 2021**	            **/s/ Gary S. Austin**  
                                                      UNITED STATES MAGISTRATE JUDGE