UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KATHERINE GERVACIO, | CASE NUMBER: 1:21-cv-00414-GSA |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| KILOLO KIJAKAZI, acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (Doc. 22), **IT IS ORDERED** that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 17, 2021**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

1